(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANGELO LEE CLARK

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

ROBERT COUPE AND

Cathy McKay

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

**Civ. Action No.** _____
(To be assigned by Clerk's
Office)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑  42 U.S.C. § 1983 (state, county, or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

CLArK Angelo LEE
Name (Last, First, MI)                                          Aliases

00123-209
Prisoner ID #

J.T.V.C.C
Place of Detention

1181 Paddock road
Institutional Address

Smyrna          Delaware          19977
County, City              State              Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☑  Convicted and sentenced state prisoner
☐  Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Coupe robert
_____
Name (Last, First)

DOC Commissioner
_____
Current Job Title

245 mcKey road
_____
Current Work Address

Dover         Delaware          19903
_____
County, City          State          Zip Code


Defendant 2:    mcKay Cathy
_____
Name (Last, First)

CEO Connections
_____
Current Job Title

1181 Paddock road
_____
Current Work Address

Smryna         Delaware          19977
_____
County, City          State          Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3: _____

 Name (Last, First)

 _____

 Current Job Title

 _____

 Current Work Address

 _____

 County, City                    State               Zip Code


Defendant 4: _____

 Name (Last, First)

 _____

 Current Job Title

 _____

 Current Work Address

 _____

 County, City                    State               Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:     J. T-V.C.C.   Smyrna Delaware

Date(s) of occurrence:   2013, On going

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment, cruel And unusal
Punishment

*State here briefly the FACTS that support your case. Describe how each defendant was
personally involved in the alleged wrongful actions, state whether you were physically injured as
a result of those actions, and if so, state your injury and what medical attention was provided to
you.*

FACTS:

> The cruel and unusual punishment suffered by Plaintiff
> was due to the actions resulting from the policies
> put in place by defendants, who directly oversaw
> conditions of confinement. When Connections, C.E.O

What
happened to
you?

> Cathy McKay  , took the DOC contract for medical
> and Mental Health, the company won by under-
> bidding the contract. The previous vender, C.C.S,
> had made Connections and D.O.C aware that
> there was no possible way that adequate
> care could be provided for the set time,
> (about 5 years), for (about 41 million Dollars). Both
> Defendants had a sufficiently informed overview
> of the situation to rise to the level of malicious
> harm. By under bidding the contract, neither
> D.O.C as run by Coupe and Con, run by
> _____, would lose money, but the patients

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

would end up recieving sub-standard care. For instance, Plaintiff Angelo Lee Clark spent considerable time in the S.H.U for only minor infractions. His mental Disorders of schizphania and Bipolar Disorder were already diagnosed and known by D.O.C and Connections. Neverthelcess, they allowed Mr. Clarks condition to deteriate. Plaintiffs mental Health was made worse by the S.H.U. He endured Anxiety, depression, and heightened paranoia. Nurse Emma lancaster told plaintiff of the fact that connections underbid the DOC Medical, and Mental Health vendor contract. Mr. Clark also has hypertension and a pace maker due to prior wrong medication being given. The SHU Solitary confinement has limited his ability to exercise and the added stress has caused permanent irreversable damage to his heart. Connections and D.O.C allowed the conditions of confinement to make Mr. Clarks condition worse, also by denying him adequate medical care as well as inadequate mental health care in the SHU.

> **Who did what?**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Was anyone
else
involved?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?          ☑ Yes      ☐ No

Have you filed a grievance concerning the facts relating to this complaint?      ☑ Yes      ☐ No
        If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?          ☑ Yes      ☐ No
        If no, explain why not:

_____

_____

_____

_____

_____

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

The plaintiff seeks monetary damages for permanent harm caused by defendants negligent and malicious disregard for proper medical and mental health care. The money is for punitive as well as compensatory damages.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

---

## VIII.   PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☑ Yes     ☐ No

If yes, how many?     One

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Cant remember.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1-20-17
Dated

*Angelo Lee Clark*
Plaintiff's Signature

Clark  Angelo  LEE
Printed Name (Last, First, MI)

00123-209
Prison Identification #

1181 Paddock road  Smyrna  Del  19977
Prison Address          City          State   Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**