Clark v. Coupe, Civ. Act. No. 17-66

Dear Counsel:

      I have reviewed the deposition designations disputes at D.I. 229.  Here are my rulings, using the numbering system employed by the parties at D.I. 229-1 (Exh. A).  All objections are sustained except as indicated.

      2. Withdrawn.
      3. Irrelevant.
      4. Irrelevant.
      5. Admitted.  I do not think there is any particular prejudice from "draconian and authoritarian" as the deponent explains what he means.
      6. Admitted except for the last sentence.  The Warden's "authoritarianism" is irrelevant and unfairly prejudicial with no probative value under Rule 403.
      7. Irrelevant, and, to the extent relevant, excluded under Rule 403.
      8. Irrelevant.
      9. Admitted as to 33:16-25.  The remainder is irrelevant, and in any event, excluded under Rule 403.
      10. Admitted as to 34:12-18.  The remainder is expert testimony.  Even if relevant, excluded under Rule 403.
      11. Irrelevant.  Expert testimony.
      12. Irrelevant.  Expert testimony.
      13. Admitted as to 42:14-43:23.  The remainder comparing Delaware to Florida is irrelevant, and the Warden's personality is irrelevant.
      14. Admitted.  Generally speaking, the proposed legislation is relevant to knowledge.
      15. Admitted.
      16. Admitted.
      17. Admitted.
      18. Admitted.
      19. Irrelevant.  It is talking about an agreement from 2006.
      20. Admitted.  (While it is an earlier time, it supports Plaintiff's theory of the case as I understand it.).
      21. Admitted.

So ordered this 6th day of June 2021.

Richard G. Andrews
United States District Judge

cc:  Docket