IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO LEE CLARK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT COUPE, et al.,<br><br>　　　　Defendants. | C.A. No. 17-066-RGA |

### VERDICT FORM

We, the jury, unanimously find the following by a preponderance of the evidence:

### COUNT I

1. Did Mr. Clark prove that he was deprived of his Eighth Amendment rights by being placed into solitary confinement because of his mental illness?

   　　　　Yes _____　　　　No ✓

   If you answered "Yes" to Question 1, then proceed to Question 2.

   If you answered "No," your deliberations on Count I are concluded. Do not answer Question 2.

2. For each Defendant listed below, did Mr. Clark prove that the Defendant is liable in a supervisory capacity for the violation of Mr. Clark's Eighth Amendment rights by his placement in solitary confinement because of his mental illness?

   　　　　Robert Coupe:　Yes _____　　　　No _____

   　　　　David Pierce:　Yes _____　　　　No _____

1

## COUNT II

3. Did Mr. Clark prove that he was deprived of his Eighth Amendment rights to adequate medical care while he was in solitary confinement?

   Yes _____    No ___✓___

   If you answered "Yes" to Question 3, then proceed to Question 4.

   If you answered "No," your deliberations on Count II are concluded. Do not answer Question 4.

4. For each Defendant listed below, did Mr. Clark prove that the Defendant is liable in a supervisory capacity for the violation of Mr. Clark's Eighth Amendment rights to adequate medical care?

   Robert Coupe:  Yes _____    No _____

   David Pierce:  Yes _____    No _____

   If you answered "Yes" as to one or both Defendants in one or both of Questions 2 or 4, proceed to Question 5.

   If you did not, your deliberations are concluded. Do not answer Questions 5, 6, and 7. Tell the Court Security Officer you have a verdict.

## DAMAGES

5. If you marked "Yes" for one or more Defendants in Questions 2 or 4, state the total amount of compensatory or nominal damages you award against those Defendants.

   Answer:    $_____
                   (Fill in Dollar Figure)

   Proceed to Question 6.

6. If you marked "Yes" for one or more Defendants in Questions 2 or 4, do you award punitive damages against the Defendant as a result of his violation of Mr. Clark's Eighth Amendment rights?

        Robert Coupe: Yes _____    No _____

        David Pierce: Yes _____    No _____

If you marked "Yes" for one or both Defendants in Question 6, proceed to Question 7.

If you marked "No" for both Defendants in Question 6, your deliberations are concluded. Tell the Court Security Officer you have a verdict.

7. If you marked "Yes" for one or more Defendants listed in Question 6, state the total amount of punitive damages you award against those defendants.

        Answer:    $_____
                           (Fill in Dollar Figure)

If you have completed Question 7, your deliberations are concluded. Tell the Court Security Officer you have a verdict.

6/10/21 @ 2:22 pm
Date and Time

JURY FOREPERSON