# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTOINE CLARK, as personal representative for ANGELO CLARK, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Civ. No. 17-cv-66-RGA ) |
| ROBERT COUPE and DAVID PIERCE, | ) ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Deputy Attorney General Zi-Xiang Shen hereby withdraws her appearance as attorney for Defendants Robert Coupe and David Pierce in the above-captioned matter and that Deputy Attorney General Aaron C. Baker enters his appearance on behalf of Defendants Robert Coupe and David Pierce.

| | |
|---|---|
| **STATE OF DELAWARE DEPARTMENT OF JUSTICE** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| */s/ Zi-Xiang Shen* | */s/ Aaron C. Baker* |
| Zi-Xiang Shen (#6072) | Aaron C. Baker (#5588) |
| Deputy Attorney General | Deputy Attorney General |
| Carvel State Office Building | Carvel State Office Building |
| 820 North French Street, 6th Floor | 820 North French Street, 6th Floor |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 577-8400 | (302) 577-8400 |

DATED: October 19, 2023

## CERTIFICATE OF SERVICE AND MAILING

I hereby certify that on October 19, 2023, I caused a true and correct copy of the attached *Substitution of Counsel* to be filed with the Clerk of Court using CM/ECF.

.                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            */s/ Aaron C. Baker*
                                            Aaron C. Baker (#5588)
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 North French Street, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            Aaron.Baker@delaware.gov
                                            *Counsel for Defendants Robert Coupe and David Pierce*